**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: DALE M. GARDNER § Case No. 12-82478
      DENISE M. GARDNER § 
       §
      Debtor(s) §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 06/27/2012.

2) The plan was confirmed on 09/07/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on
07/09/2013, 11/04/2014, 12/01/2014, 12/19/2014, 06/05/2015, 06/26/2015, 07/20/2015, 07/24/2015.

5) The case was completed on 08/09/2017.

6) Number of months from filing or conversion to last payment: 61.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $30,365.00.

10) Amount of unsecured claims discharged without full payment: $65,998.31.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

|  |  |  |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 36,181.00 | |
| Less amount refunded to debtor(s) | $ 480.00 | |
| **NET RECEIPTS** | | $ 35,701.00 |

### Expenses of Administration:

|  |  |  |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 2,330.11 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,830.11 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ATTORNEY GARY C FLANDERS | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| AMERICREDIT FINANCIAL | Sec | 8,000.00 | 7,875.20 | 7,875.20 | 7,875.20 | 1,213.29 |
| GREATER CHICAGO FINANCE | Sec | 9,800.00 | 7,046.48 | 7,046.48 | 7,046.48 | 837.08 |
| BASS & ASSOCIATES PC | Uns | 0.00 | 1,250.02 | 1,250.02 | 326.51 | 0.00 |
| PHH MORTGAGE CORPORATION | Uns | 0.00 | 192,044.68 | 0.00 | 0.00 | 0.00 |
| DOUGLAS E RUTKOWSKI | Pri | 685.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 3,300.00 | 3,315.00 | 3,315.00 | 3,315.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 331.50 | 331.50 | 86.58 | 0.00 |
| ADVANCE AMERICA #611 | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED CARDIOLOGY | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIOLOGIST ASSOC OF | Uns | 1,425.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Uns | 2,445.00 | NA | NA | 0.00 | 0.00 |
| AT & T MOBILITY | Uns | 505.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Uns | 14,116.00 | 11,692.24 | 11,692.24 | 3,053.97 | 0.00 |
| BELVIDERE NORTH HIGH SCHOOL | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 160.00 | 17.37 | 17.37 | 4.54 | 0.00 |
| BRYANT STATE BANK | Uns | 517.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 316.00 | 485.06 | 485.06 | 126.70 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CARE CREDIT / GECBR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 22.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 12,704.00 | 7,906.57 | 7,906.57 | 2,065.16 | 0.00 |
| CENTEGRA HORIZONS | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR DIAGNOSTIC | Uns | 187.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| CRYSTAL LAKE DENTAL ASSOC | Uns | 226.00 | NA | NA | 0.00 | 0.00 |
| CRYSTAL LAKE ORTHOPAEDIC | Uns | 4,857.00 | 4,787.00 | 4,787.00 | 1,250.35 | 0.00 |
| ELSTROM & HALL | Uns | 118.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED MEDICAL IMAGING | Uns | 189.00 | NA | NA | 0.00 | 0.00 |
| FAMILY SERVICES | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Uns | 434.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 512.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 478.00 | 503.01 | 503.01 | 131.39 | 0.00 |
| FLAGSHIP AUTO | Uns | 12,141.00 | NA | NA | 0.00 | 0.00 |
| FRANKS GERKINS MCKENNA | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| GRAND TRAVERSE RADIOLOGIST | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| HANGAR PROSTHETICS | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| HORIZONS BEHAVIORAL HEALTH | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 525.00 | 539.04 | 539.04 | 140.79 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 4,006.00 | 546.31 | 546.31 | 142.69 | 0.00 |
| JB ROBINSON JEWELERS | Uns | 607.00 | 554.62 | 554.62 | 144.86 | 0.00 |
| LAW OFFICE OF JOHN GAFFNEY | Uns | 565.00 | NA | NA | 0.00 | 0.00 |
| LITERARY GUILD | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA MEDICAL CENTER | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC | Uns | 188.00 | 188.99 | 188.99 | 49.36 | 0.00 |
| MCHENRY COUNTY ORTHOPEDICS | Uns | 293.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY ORTHOPEDICS | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALIST | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH SYSTEMS | Uns | 138.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Uns | 1,123.00 | 947.47 | 947.47 | 247.47 | 0.00 |
| MHS PHYSICIAN | Uns | 111.00 | NA | NA | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 254.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| NW MI EMERGENCY PHYSICIANS | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| NW SUBURBAN IMAGING | Uns | 16.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| OSF | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 466.00 | 395.19 | 395.19 | 103.22 | 0.00 |
| POPLAR GROVE PHYSICAL | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD UROLOGICAL ASSOC | Uns | 357.00 | NA | NA | 0.00 | 0.00 |
| RODALE BOOKS | Uns | 97.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 1,418.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 1,420.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 1,469.00 | 128.69 | 128.69 | 33.62 | 0.00 |
| THOMAS LOIZZO | Uns | 11,000.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 430.00 | 451.02 | 451.02 | 117.80 | 0.00 |
| WONDER LAKE RESCUE | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 650.00 | 600.05 | 600.05 | 156.73 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 1,010.16 | 1,010.16 | 263.85 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 4,041.04 | 4,041.04 | 1,055.50 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 316.80 | 316.80 | 82.75 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 14,921.68 | $ 14,921.68 | $ 2,050.37 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 14,921.68 | $ 14,921.68 | $ 2,050.37 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 3,315.00 | $ 3,315.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 3,315.00 | $ 3,315.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 36,692.15 | $ 9,583.84 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,830.11 |
| Disbursements to Creditors | $ 29,870.89 |
| **TOTAL DISBURSEMENTS:** | $ 35,701.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  <u>01/24/2018</u>        By:  <u>/s/ Lydia S. Meyer</u>
                                               Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)